**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                  Case No: 6:14-cr-265-Orl-37GJK

**DAVID JACOB WILLIAM GUITE,**

    **Defendant.**
_____/

**NOTICE OF FILING**

    The Defendant, David Jacob William Guite, by and through undersigned counsel, hereby files the attached character reference letter in support of mitigation for Defendant's sentencing hearing scheduled for May 11, 2015, before this Honorable Court.

    DATED this 4th day of May 2015.

                                                                  DONNA LEE ELM
                                                                  FEDERAL DEFENDER

                                                                  s/ *Angela Parrott*
                                                                  Angela Parrott
                                                                 Assistant Federal Defender
                                                                North Carolina Bar No. 0035490
                                                                201 S. Orange Avenue, Suite 300
                                                                Orlando, FL 32801
                                                                Telephone: 407-648-6338
                                                                Fax: 407-648-6095
                                                                E-Mail: angela_parrott@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Filing* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Embry Jerode Kidd Assistant United States Attorney, this 4th day of May 2015.

                                                  s/ *Angela Parrott*
                                                  Attorney for Defendant