May 1, 2015

Honorable Roy B. Dalton, Jr.
United States Courthouse
401 W. Central Blvd.
Orlando, Florida 32801

Your Honor,

I am David Guite's father and I'm writing to tell you a little about my son. He made a terrible mistake and I know how sorry he is for the pain he's caused his entire family. I worry about him every day because I can't help him due to my failing health.

David has experienced a lot of sadness in his life, starting at a young age. I myself made a mistake that took me away from David when he was just a little boy. I don't know how that affected David, but I wasn't there for him for a while, and I'm sure he felt it. Then David's mother got sick with Sarcoidosis and there were times she was hospitalized or she couldn't do things for herself. David would help me take care of her and he watched her get weaker and sicker.

Meanwhile, David and his fiancee, Amanda, had a beautiful daughter Diona who was born on December 23, 2001, but she died suddenly on March 20, 2002 from SIDS. I can't imagine losing a child so young, but I know David was very sad and depressed after her death. Our whole family was devastated. Then his fiancee, who was bi-polar, moved to West Virginia to be close to her family. So David lost his daughter Diona, his fiancee Amanda and his step-daughter Desmond, whom he had helped raise, all in a very short time period.

David was definitely a momma's boy. They were very close and even went to college together until Debbie became too sick to go any more. She passed away in 2009 at age 53, and David became even more depressed. We were both deeply saddened by her death and we supported each other as much as we could. But I've been in bad health for a long time, so maybe I wasn't strong enough to help David cope with his sadness and anger over losing his child and his mom.

David has been my rock through a lot of tough times. He was a big help to me when his mother got sick and after she passed away. After I was hit by a car and diagnosed with cancer, I couldn't do a lot for myself, and David was always there to help me, in spite of his own sadness.

I am shocked and disappointed that David did what he did. But he is my son, and I love him very much, and I feel pain and sadness every day for the family he's hurt and lost. I know he has to be punished for his actions, Your Honor. And I'm really afraid I won't live long enough to see David free again, so I pray for your mercy when you decide his punishment.

Thank you for taking the time to read my letter.
Sincerely,

*Glenn Guite*